FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. ZAVALA,<br><br>        Plaintiff,<br><br>vs.<br><br>B. BARNIK, et al.,<br><br>        Defendants. | Case No. EDCV 06-237 SJO (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

IT IS ORDERED that the Motion to Dismiss brought by Defendant in this action be GRANTED; and that a Judgment be issued dismissing the entire instant action with prejudice for failure to state a claim, and that plaintiff be enjoined from filing any new lawsuits in this Court without obtaining prior approval from a United States District Judge or Magistrate Judge.

///

-2-

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on the plaintiff.

4 DATED: _____4/8/08_____

_____
S. JAMES OTERO
United States District Judge