1
2
3
4
5

**FILED**
CLERK, U.S. DISTRICT COURT
APR - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10

11  JOSE G. ZAVALA,                )   Case No. EDCV 06-237 SJO (JWJ)
12                Plaintiff,       )
13       vs.                       )   JUDGMENT
14  B. BARNIK, et al.,             )
15                Defendants.      )
16  _____   )

17

18       Pursuant to the Order of the Court approving the recommendations of the
19  United States Magistrate Judge, and adopting the same as the facts and
20  conclusions of law herein,
21       IT IS ADJUDGED that Judgment be entered dismissing the entire instant
22  action with prejudice for failure to state a claim, and that plaintiff be enjoined
23  from filing any new lawsuits in this Court without obtaining prior approval from a
24  United States District Judge or Magistrate Judge.

25  DATED: ___4/3/08___

26                                        _____
27                                        S. JAMES OTERO
28                                        United States District Judge